**Ljubomir ATANASOFF,**
**Plaintiff-Appellant,**

v.

**TOWN OF FOUNTAIN HILLS,**
**a municipal corporation; et**
**al., Defendants-Appellees.**

**No. 04-17300.**

**D.C. No. CV-04-01237-PHX-JAT.**

United States Court of Appeals,
Ninth Circuit.

Submitted June 14, 2005.*

Decided June 22, 2005.

Ljubomir Atanasoff, Fountain Hills, AZ, pro se.

C. Brad Woodford, Moyes Storey, Ltd., Phoenix, AZ, for Defendants-Appellees.

Before KLEINFELD, TASHIMA, and THOMAS, Circuit Judges.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

MEMORANDUM**

Ljubomir Atanasoff appeals pro se the district court's judgment dismissing, for failure to state a claim, his 42 U.S.C. § 1983 action alleging that officials of Fountain Hills, Arizona violated his constitutional rights by denying a building permit in 1993. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo, *Williamson v. Gen. Dynamics Corp.,* 208 F.3d 1144, 1149 (9th Cir.2000), and we affirm.

The district court properly dismissed Atanasoff's action because his claims are time-barred. *See* Ariz.Rev.Stat. § 12-542(1) (establishing two year statute of limitations); *De Luna v. Farris,* 841 F.2d 312, 315 (9th Cir.1988).

Atanasoff's remaining contentions lack merit.

We deny appellees' request for sanctions without prejudice to the filing of a separate motion pursuant to Fed. R.App. P. 38 and 9th Cir. Rule 39-1.

**AFFIRMED.**

**In re: Pepi SCHAFLER, Debtor,**

---

** This disposition is not appropriate for publication and may not be cited to or by the

**Pepi Schafler, Plaintiff–Appellant,**

v.

**Richard J. Spear, Trustee,
Defendant–Appellee.**

No. 04–16318.

D.C. No. CV–01–01–01818–MMC.

United States Court of Appeals,
Ninth Circuit.

Submitted June 14, 2005.*

Decided June 22, 2005.

Pepi Schafler, Walnut Creek, CA, pro se.

Dennis D. Davis, Miriam Khatiblou, Goldberg, Stinnett, Meyers & Davis, San Francisco, CA, for Trustee, Defendant–Appellee.

Before KLEINFELD, TASHIMA, and THOMAS, Circuit Judges.

MEMORANDUM**

Pepi Schafler appeals pro se the district court's denial of her "motion to vacate" its decision affirming an order of the bankruptcy court. We have jurisdiction under 28 U.S.C. § 158(d), and we affirm.

The district court properly treated Schafler's motion as a motion for rehearing under Fed. R. Bankr.P. 8015 and correctly concluded that the motion was untimely. Schafler's contentions on appeal are without merit.

Schafler's motion for judicial notice is construed as a citation of supplemental authorities pursuant to Fed. R.App. P. 28(j), and the case citation is duly noted.

**AFFIRMED.**

**In re: Pepi SCHAFLER, Debtor,**

**Pepi Schafler, Appellant,**

v.

**Richard J. Spear, Trustee, Appellee.**

No. 04–16950.

D.C. No. CV–01–01818–MMC.

United States Court of Appeals,
Ninth Circuit.

Submitted June 14, 2005.*

Decided June 22, 2005.

Pepi Schafler, Walnut Creek, CA, pro se.

Dennis D. Davis, Miriam Khatiblou, Goldberg, Stinnett, Meyers & Davis, San Francisco, CA, for Appellee.

Before KLEINFELD, TASHIMA, and THOMAS, Circuit Judges.

MEMORANDUM**

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.